## Larson Construction Company *v.* Donaldson's Crossroads, Inc., Appellant.

Argued April 27, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Thomas R. Eddy,* for appellant.

*Peter Cooper,* with him *Robert L. Zeman,* and *Zeman and Zeman,* for appellee.

OPINION PER CURIAM, June 30, 1965:

The appellant, the defendant in a mechanic's lien action, appeals from the lower court's order refusing its motion for judgment on the pleadings. The order is interlocutory and one from which an appeal does not lie. See, *Weste v. Grayson-Robinson Stores, Inc.,* 417 Pa. 6, 207 A. 2d 851 (1965).

Appeal quashed.